IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SABRINA GRETE KAUFMAN,
f/k/a Sabrina Grete Carranza,

         Plaintiff,

   v.

GEICO INDEMNITY COMPANY,

         Defendant.

No. 3:13-cv-01932-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

    IT IS ORDERED AND ADJUDGED that this matter is dismissed with prejudice.

    DATED this  5  day of  June , 2015.

/s/ Marco Hernández
MARCO A. HERNÁNDEZ
United States District Judge

1 - JUDGMENT